# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **CHARLOTTE-MECKLENBURG BOARD OF EDUCATION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION NO.:** |
| v. | ) ) | **3:17-CV-498-RJC-DSC** |
| **DISABILITY RIGHTS OF NORTH CAROLINA,** | ) ) ) ) | |
| **Defendant.** | ) ) | |

| | | |
|---|---|---|
| **DISABILITY RIGHTS OF NORTH CAROLINA,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **CIVIL ACTION NO.:** |
| | ) | **3:17-CV-00511-MOC-DCK** |
| **CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, et al** | ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER GRANTING CONSOLIDATION OF CASES

**THIS MATTER** is before the Court upon the Charlotte-Mecklenburg Board of Education's ("Plaintiff's") Motion to Consolidate (Doc. No. 9) <u>Charlotte-Mecklenburg Board of Education v. Disability Rights of North Carolina</u>, Case No.: 3:17-CV-498-RJC-DSC and <u>Disability Rights of North Carolina v. Charlotte-Mecklenburg Board of Education, et al</u>, Case No.: 3:17-CV-00511-MOC-DCK. For good cause shown, this Motion is GRANTED.

IT IS THEREFORE ORDERED that these cases be consolidated into Case No. 3:17-CV-498-RJC-DSC.

Signed: November 9, 2017

Robert J. Conrad, Jr.
United States District Judge