# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00498-RJC-DSC

| | |
|---|---|
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| DISABILITY RIGHTS OF NORTH CAROLINA, | ) ) ) ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's "Motion for Protective Order" (document #29) and the parties' briefs and exhibits.

Defendant seeks a protective order related to Plaintiff's First Combined Requests for Admissions, Interrogatories and Requests for Production ("requests"). For the reasons stated in Defendant's briefs, the Court concludes that these requests pertain to matters beyond the scope of discovery at this stage of the case. Plaintiff seeks production about Defendant's investigation – information that it will be entitled to only if it prevails on the merits in this case. See Defendant's "Memorandum in Support …" at 5 (document #31); "Reply …" at 4 (document #35).

For this reason, Defendant's Motion for Protective Order (document #29) is granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: March 18, 2019

David S. Cayer
United States Magistrate Judge