**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00498-RJC-DSC**

| | | |
|---|---|---|
| **CHARLOTTE-MECKLENBURG BOARD OF EDUCATION,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **DISABILITY RIGHTS OF NORTH CAROLINA,** | ) ) ) | |
| **Defendant.** | ) ) | |

      **THIS MATTER** is before the Court on the "Joint Motion for Amended Pretrial Order and Case Management Plan" (document # 45) filed August 1, 2019. For the reasons set forth therein, the Motion will be <u>granted</u>. The following deadlines are extended:

1. Discovery completion and dispositive motions: thirty days following the District Judge's ruling on the Objections to the Motion for Protective Order.

2. Motions hearing: forty-five days after dispositive motions are filed.

3. Final witness/exhibit lists and supplemental discovery: thirty days before trial.

4. Exhibits, stipulations and issues: fourteen days before trial.

The bench trial setting is continued to March 2, 2020.

      The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

      **SO ORDERED**.

Signed: August 2, 2019