# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Charlotte-Mecklenburg Board of Education, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00498-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Disability Rights of North Carolina, Defendant(s). | ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 31, 2019 Order.

December 31, 2019

*[signature]*

Frank G. Johns, Clerk
United States District Court